# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CYNTHIA BERRIGAN, | Case No.: 2:11-cv-2329 |
| Plaintiff, | |
| v. | (Unlawful Debt Collection Practices) |
| PRESSLER & PRESSLER, LLP, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

/s/ Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Attorney ID: AB0891
Kimmel & Silverman, PC
1930 E. Marlton Pike, Suite Q29
Cherry Hill, NJ 08003
Phone: 856-429-8334
Fax: 856-216-7344
Email: abennecoff@creditlaw.com

7/18/2011

SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.